(*Supreme Court of Illinois.*)

Charles H. Roberts, et al.

vs.

Calvin Stigleman

(1874.)

DISMISSAL OF APPEAL ON ACCOUNT OF DEFECTIVE BOND.

Motion to dismiss appeal. Error to Jersey county. No. 74.

SCHOFIELD, J.:—

This is a motion to dismiss the appeal for want of a sufficient appeal bond; the bond is entirely defective, and the appeal will be dismissed.